UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

DAN ARINATWE on behalf of himself and all others similarly situated,

        Plaintiff,

v.        Case No.

AMERICAN HEALTH ASSOCIATES, INC.,

        Defendant.

**CONSENT TO OPT-IN AND BECOME PARTY TO COLLECTIVE ACTION UNDER 29 U.S.C. § 216 AND STATE LAWS**

I hereby consent to opt-in to become a plaintiff and participate in and be bound by decisions in this representative action pursuant to 29 U.S.C. § 216(b) and any applicable state laws.

_[signed]_
Dan Arinatwe (Sep 10, 2024 12:56 EDT)
Signature

DAN ARINATWE
Printed Name